IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| THOMAS SMOREN | § | PLAINTIFF |
| | § | |
| v. | § | CIVIL ACTION NO. 1:07CV932-LG-JMR |
| | § | |
| COMMISSIONER OF | § | |
| SOCIAL SECURITY | § | DEFENDANT |

## JUDGMENT

This matter having come on to be heard on the Report and Recommendations of Chief United States Magistrate Judge John M. Roper [5], the Court, after a full review and consideration of the Report and Recommendations, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of Chief United States Magistrate Judge John M. Roper [5] entered on September 29, 2008, be, and the same hereby is, adopted as the finding of this Court.  The plaintiff's claims are hereby dismissed.

**SO ORDERED AND ADJUDGED** this the 27th day of October, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE